UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAST TRAC TRANSPORATION, LLC | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00057 |
| | § | |
| CAROLINA CASUALTY INSURANCE | § | |
| COMPANY, | § | |
|    *Defendant*. | § | |

**DEFENDANT CAROLINA CASUALTY INSURANCE COMPANY'S
LIST OF ALL COUNSEL OF RECORD AND PARTIES REPRESENTED**

**COUNSEL FOR PLAINTIFF FAST TRAC TRANSPORTATION, LLC:**

   The Fuentes Firm, P.C.
   Robert Fuentes
   State Bar No. 24005405
   Sadi R. Antonmattei-Goitia
   State Bar No. 24091383
   5507 Louetta Road, Suite A
   Spring Texas 77379
   Email: Robert@fuentesfirm.com
   Email: Sadi@fuentesfirm.com

**COUNSEL FOR DEFENDANT CAROLINA CASUALTY INSURANCE COMAPNY:**

   Christopher W. Martin
   State Bar No. 13057620
   Federal I.D. No. 13515
   Sherelle W. Sanders
   State Bar No. 24013745
   Federal I.D. No. 579524
   808 Travis, Suite 1100
   Houston, Texas 77002
   Telephone: (713) 632-1700
   Facsimile: (713) 222-0101
   Email: sanders@mdjwlaw.com
   Email: martin@mdjwlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above document has been forwarded via e-filing pursuant to Fed. R. Civ. P. 5, on January 7, 2020 to:

The Fuentes Firm, P.C.
Robert Fuentes
State Bar No. 24005405
Sadi R. Antonmattei-Goitia
State Bar No. 24091383
5507 Louetta Road, Suite A
Spring Texas 77379
Email: Robert@fuentesfirm.com
Email: Sadi@fuentesfirm.com

ATTORNEYS FOR PLAINTIFF,
FAST TRAC TRANSPORTATION, LLC.

            *s/Christopher W. Martin*
            Christopher W. Martin